**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Tomas Ortiz PORTILLO,**
**Defendant–Appellant.**

**No. 06–50296.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 14, 2007.

Becky S. Walker, Esq., Brian D. Hershman, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Frederick Gunn, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Jesus Tomas Ortiz Portillo appeals from the 57–month sentence imposed following remand under *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Portillo's challenges to the constitutionality of 8 U.S.C. § 1326(b) and the continuing validity of *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), are foreclosed. *See United States v. Beng–Salazar,* 452 F.3d 1088, 1097 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.